# EXHIBIT "A"



# EXHIBIT "B"

6/8/2020 · WebVoyage Record View 1



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002197148
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷



*Tamara Williams 2018 remainder.*

| | |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002197148 / 2020-02-05 |
| Application Title: | Tamara Williams 2018 remainder |
| Title: | Tamara Williams 2018 remainder. [Group registration of published photographs. 87 photographs. 2018-01-01 to 2018-12-25] |
| Description: | 87 photographs : Electronic file (eService) |
| Copyright Claimant: | Tamara Wareka. Address: Hauptstrasse 24a, Kleinbundenbach 66501, Germany. |
| Date of Creation: | 2018 |
| Publication Date Range: | 2018-01-01 to 2018-12-25 |
| Nation of First Publication: | Germany |
| Authorship on Application: | Tamara Williams, pseud. of Tamara Wareka (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| Rights and Permissions: | Lauren Kelly, AUGUST Image, LLC, 793 Broadway, New York, NY 10013, United States, (161) 789-4508 x2, lauren@augustimage.com |
| Copyright Note: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| Photographs: | Published in January 2018 (2 photographs): AU11423827, AU11423826 |
| | Published in October 2018 (20 photographs): AU11480049, AU11480051, AU11480050, AU219251, AU219281, AU219242, AU219288, AU219279, |

6/8/2020                        WebVoyage Record View 1

AU219276, AU11480060, AU11480059, AU11480058, AU11480056, AU11480055, AU11480063, AU11480062, AU219238, AU219265, AU219263, AU219246

Published in November 2018 (6 photographs): AU219249, AU219257, AU219261, AU11452072, AU11452071, AU11452073

Published in December 2018 (16 photographs): AU219301, AU219239, AU219283, AU219240, AU219313, AU219311, AU219291, AU219248, AU219269, AU11480166, AU11480177, AU11480106, AU11480110, AU11480107, AU11480120, AU11480142

Published in February 2018 (1 photographs): AU223185

Published in March 2018 (5 photographs): AU11423887, AU11423882, AU11423891, AU11423896, AU11423895

Published in July 2018 (2 photographs): AU11424050, AU11424052

Published in August 2018 (29 photographs): AU11424054, AU11424053, AU11424051, AU11424049, AU11424047, AU11424046, AU11424045, AU11424044, AU11424042, AU11424040, AU11424063, AU11424064, AU11424062, AU11424061, AU11424060, AU11424059, AU11424058, AU11424057, AU11424056, AU11424055, AU219309, AU11424081, AU11424080, AU11424082, AU11452047, AU11452045, AU11452046, AU11480196, AU11480204

Published in September 2018 (6 photographs): AU11480064, AU11480061, AU11480068, AU11480075, AU11480057, AU11480084

Names: Wareka, Tamara
Tamara Williams, pseud.





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT "C"



# EXHIBIT "D"

6/8/2020          WebVoyage Record View 1



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002197150
Search Results: Displaying 1 of 1 entries

◀ previous  next ▶



*Tamara Williams 2019.*

| | |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002197150 / 2020-02-05 |
| Application Title: | Tamara Williams 2019 |
| Title: | Tamara Williams 2019. [Group registration of published photographs. 131 photographs. 2019-01-22 to 2019-12-02] |
| Description: | 131 photographs : Electronic file (eService) |
| Copyright Claimant: | Tamara Wareka. Address: Hauptstrasse 24a, Kleinbundenbach 66501, Germany. |
| Date of Creation: | 2019 |
| Publication Date Range: | 2019-01-22 to 2019-12-02 |
| Nation of First Publication: | Germany |
| Authorship on Application: | Tamara Williams, pseud. of Tamara Wareka (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| Rights and Permissions: | Lauren Kelly, AUGUST Image, LLC, 793 Broadway, New York, NY 10013, United States, (161) 789-4508 x2, lauren@augustimage.com |
| Copyright Note: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| Photographs: | Published in January 2019 (6 photographs): AU219298, AU219271, AU219278, AU219315, AU219321, AU219316 |
| | Published in October 2019 (8 photographs): AU219293, AU219302, AU219308, |

6/8/2020     WebVoyage Record View 1

AU219322, AU219319, AU219318, AU219312, AU219320

Published in November 2019 (73 photographs): AU219284, AU219277, AU219254, AU219469, AU26454, AU28216, 2S2A1088, 2S2A1158, 2S2A1383, 2S2A1962, 2S2A2041, 2S2A2066, 2S2A2095, 2S2A3945, 2S2A4378, 2S2A4575jpg, AU11483737, AU213919, AU26440, AU26441, AU26445, AU26446, AU26447, AU26448, AU26449, AU26450, AU26453, AU26443, AU28099, AU28101, AU28102, AU28103, AU28133, AU28135, AU28188, AU28189, AU28190, AU11483730, AU11483731, AU26442, AU26444, AU28100, AU28195, AU11483714, AU11483727, AU11483728, AU11483729, AU11483732, AU11483733, AU11483734, AU11483735, AU219400, AU219408, AU219409, AU219410, AU219411, AU219412, AU219415, AU219416, AU219417, AU219418, AU219413, AU219388, AU219406, AU219404, AU219403, AU219401, AU219407, AU219391, AU219387, AU219402, AU11483739, AU11483738

Published in December 2019 (5 photographs): AU11480108, AU11480171, AU11480099, AU11480174, AU11483740

Published in February 2019 (1 photographs): AU219273

Published in March 2019 (3 photographs): AU219317, AU219299, AU219314

Published in April 2019 (7 photographs): AU219282, AU219306, AU219296, AU222773, AU222774, AU222771, AU222772

Published in July 2019 (3 photographs): AU219258, AU219294, AU219323

Published in August 2019 (6 photographs): AU219305, AU219272, AU219292, AU219297, AU219303, AU219304

Published in September 2019 (19 photographs): AU219252, AU219266, AU219286, AU219371, AU219374, AU219375, AU219376, AU219377, AU219378, AU219379, AU219380, AU219382, AU219383, AU219384, AU219385, AU219386, AU219381, AU219369, AU219370

Names: Wareka, Tamara
Tamara Williams, pseud.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾  Format for Print/Save |
| Enter your email address:                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT "E"



# EXHIBIT "F"




