UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>                  Plaintiff,<br><br>v.<br><br>REVOLUTION ESTHETICS LLC and DOES 1 through 10 inclusive,<br><br>                  Defendants. | Case No. 7:25-cv-05140-JGLC<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

    Plaintiff, Tamara Williams ("Plaintiff") hereby requests that the Clerk of the above-titled Court enter default in this action against Defendant Revolution Esthetics LLC ("Defendant"), on the grounds that Defendant has failed to respond to the Complaint in this action within the time proscribed by this Court and the Federal Rules of Civil Procedure.

    Defendant was served with Summons and Complaint via the New York Secretary of State on September 3, 2025, pursuant to the Federal Rules of Civil Procedure. *See* ECF 11. The time allowed for the Defendant to respond to the Complaint has expired and neither the Plaintiff nor the Court has granted Defendant an extension of time to respond to the Complaint.

Defendant has failed to answer, otherwise respond to the Complaint, or serve a copy of any Answer or response upon Plaintiff's attorney of record. The above-stated facts are set forth in the attached Declaration of Taryn R. Murray filed herewith.

WHEREFORE, Plaintiff Tamara Williams requests that a default be entered by the Clerk against Defendant Revolution Esthetics LLC and for such other and further relief as the Court deems just and proper.

Dated:       September 29, 2025              Respectfully submitted,

**/s/ Taryn Rose Murray**
Taryn Rose Murray, Esq.
SDNY #5888896
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave., Suite 200
N. Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
tmurray@higbee.law
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action.

On September 29, 2025 I served the foregoing documents, **REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF TARYN R. MURRAY, and [PROPOSED] ENTRY OF DEFAULT** on Defendants via mail, addressed to the publicly listed business address, as follows:

Revolution Esthetics LLC
ATTN: Jessica Nunez
88 Dunning Road,
Middletown NY 10940

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 29, 2025                    Respectfully submitted,

**/s/Diana Ramirez**
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 fascimile