UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>                      Plaintiff,<br><br>v.<br><br>REVOLUTION ESTHETICS LLC and DOES 1 through 10 inclusive,<br><br>                      Defendants. | Case No. 7:25-cv-05140-JGLC<br><br>**DECLARATION OF TARYN R. MURRAY** |

The undersigned, Taryn R. Murray, declares as follows:

      1.      I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am the attorney for the Plaintiff, Tamara Wiliams, in the above-captioned action. I am over the age of 18 and not a party to the action.

      2.      I make this Declaration, based upon personal knowledge, in support of Plaintiff's instant request for the entry of default against Defendant Revolution Esthetics LLC ("Defendant") pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

1
DECLARATION OF TARYN R. MURRAY

3. This action was commenced pursuant to the rights, remedies, and causes of action provided under the United States Copyright Act, 17 U.S.C § 101 et seq., 17 U.S.C. § 501, and other applicable provisions as referenced in the Complaint.

4. Rule 4, Federal Rules of Civil Procedure, provides that service on a domestic limited liability corporation may be served by delivering a copy of the summons and complaint on any "agent authorized by appointment or by law to receive service of process" Fed. R. Civ. P. 4(h)(1)(B).

5. Defendant is a domestic limited liability company registered in New York whose registered agent is Jessica Nunez, located at 645 Ingrassia Road, Middletown, NY 109040. *See* ECF 6.

6. On or about September 3, 2025, Defendant was timely served with a Summons and copy of the Complaint in accordance with Fed. R. Civ. P. 4 through the New York Secretary of State. *See* ECF 11.

7. The time for Defendant to answer, plead, or otherwise respond to the Complaint has expired, and such time has not been extended.

8. As of the date of this declaration, no answer has been filed with the Court on behalf of Defendant.

9. I am informed and believe that Defendant is not an infant, nor incompetent, and that the Service Members Civil Relief Act of 2003 (50 U.S.C. App. § 501 et seq.) does not apply. Therefore, Plaintiff requests entry of default against Defendant Revolution Esthetics LLC.

I declare under penalty of perjury that the foregoing is true and accurate under the laws of the United States of America.

Dated: September 29, 2025          Respectfully submitted,

**/s/ Taryn Rose Murray**
Taryn Rose Murray, Esq.
SDNY #5888896
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave., Suite 200
N. Las Vegas, NV 89032
(813) 710-3013
(714) 597-6559 facsimile
tmurray@higbee.law
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action.

On September 29, 2025 I served the foregoing documents, **REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF TARYN R. MURRAY, and [PROPOSED] ENTRY OF DEFAULT** on Defendants via mail, addressed to the publicly listed business address, as follows:

Revolution Esthetics LLC
ATTN: Jessica Nunez
88 Dunning Road,
Middletown NY 10940

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 29, 2025                  Respectfully submitted,

/s/Diana Ramirez
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 fascimile