# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>REVOLUTION ESTHETICS LLC and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No. 7:25-cv-05140-JGLC<br><br>**[PROPOSED] CERTIFICATE OF DEFAULT** |

The undersigned, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant Revolution Esthetics LLC, has not filed an answer or otherwise moved with respect to the Complaint filed herein. The default of Defendant Revolution Esthetics LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the default of Defendant Revolution Esthetics LLC is hereby entered on this _____ day of _____ 2025.

_____
Clerk, United States District Court
Southern District of New York