**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TAMARA WAREK p/k/a TAMARA WILLIAMS,**

*Plaintiff,*

v.

**REVOLUTION ESTHETICS LLC and DOES 1 through 10 inclusive,**

*Defendant/Third-Party Plaintiff,*

v.

**FABIS MARKETING, INC., FABIS MARKETING AGENCY, FABIANA ISTURIZ, and JOHN DOE 1 THROUGH X (X being a number as yet undetermined) being persons or corporations whose identities are presently unknown),**

*Third-Party Defendants.*

Case No. 7:25-cv-05140-JGLC

CIVIL ACTION

**ANSWER, SEPARATE DEFENSES, THIRD-PARTY COMPLAINT and DEMAND FOR JURY TRIAL**

Defendant REVOLUTION ESTHETICS LLC, by way of Answer to Plaintiff's Complaint, says:

Jurisdiction and Venue

1. No factual allegations are alleged against Defendant in paragraph 1 of the Complaint. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 1 of the Complaint and leaves Plaintiff to their proofs.

2. No factual allegations are alleged against Defendant in paragraph 2 of the Complaint. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph.

To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 2 of the Complaint and leaves Plaintiff to their proofs.

3. Defendant Admits having a place of business in New York, but Denies the remaining allegations contained in paragraph 3 of the Complaint.

4. No factual allegations are alleged against Defendant in paragraph 4 of the Complaint. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 4 of the Complaint and leaves Plaintiff to their proofs.

Parties

5. Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 5 of the Complaint and leaves Plaintiff to their proofs.

6. Defendant Admits the allegations contained in Paragraph 6 of the Complaint.

7. No factual allegations are alleged against Defendant in paragraph 7 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 7 of the Complaint and leaves Plaintiff to their proofs.

8. No factual allegations are alleged against Defendant in paragraph 8 of the Complaint. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without

sufficient information to form a belief as to the allegations contained in paragraph 8 of the Complaint and leaves Plaintiff to their proofs.

Factual Allegations

9. No factual allegations are alleged against Defendant in paragraph 9 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 9 of the Complaint and leaves Plaintiff to their proofs.

10. No factual allegations are alleged against Defendant in paragraph 10 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 10 of the Complaint and leaves Plaintiff to their proofs.

11. No factual allegations are alleged against Defendant in paragraph 11 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 11 of the Complaint and leaves Plaintiff to their proofs.

12. No factual allegations are alleged against Defendant in paragraph 12 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 12 of the Complaint and leaves Plaintiff to their proofs.

13. No factual allegations are alleged against Defendant in paragraph 13 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 13 of the Complaint and leaves Plaintiff to their proofs.

14. No factual allegations are alleged against Defendant in paragraph 14 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 14 of the Complaint and leaves Plaintiff to their proofs.

15. No factual allegations are alleged against Defendant in paragraph 15 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 15 of the Complaint and leaves Plaintiff to their proofs.

16. No factual allegations are alleged against Defendant in paragraph 16 of the Complaint which consists solely of self-serving statements and legal conclusions. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 16 of the Complaint and leaves Plaintiff to their proofs.

17. No factual allegations are alleged against Defendant in paragraph 17 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated

to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 17 of the Complaint and leaves Plaintiff to their proofs.

18. No factual allegations are alleged against Defendant in paragraph 18 of the Complaint. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 18 of the Complaint and leaves Plaintiff to their proofs.

19. Defendant Admits the allegations in paragraph 19 of the Complaint.

20. Defendant Denies the allegations in paragraph 20 of the Complaint.

21. Defendant Admits the allegations in paragraph 21 of the Complaint.

22. Defendant Denies any allegations in paragraph 22 of the Complaint referring to Defendant's Instagram page since Defendant has had no ownership or control of the Instagram account or page alleged in Plaintiff's Complaint since in or about June 2022. Defendant has insufficient information from which to Admit or Deny the remaining allegations in paragraph 22 of Plaintiff's Complaint.

23. Defendant Denies any allegations in paragraph 23 of the Complaint referring to its Instagram account since Defendant has had no ownership or control of the Instagram account or page alleged in Plaintiff's Complaint since in or about June 2022. Defendant has insufficient information from which to Admit or Deny the remaining allegations in paragraph 23 of Plaintiff's Complaint.

24. Defendant Denies any allegations in paragraph 24 of the Complaint referring to its Instagram account since Defendant has had no ownership or control of the Instagram account or

page alleged in Plaintiff's Complaint since in or about June 2022. Defendant has insufficient information from which to Admit or Deny the remaining allegations in paragraph 24 of Plaintiff's Complaint.

25. Defendant Denies any allegations in paragraph 25 of the Complaint referring to its Instagram account since Defendant has had no ownership or control of the Instagram account or page alleged in Plaintiff's Complaint since in or about June 2022. Defendant has insufficient information from which to Admit or Deny the remaining allegations in paragraph 25 of Plaintiff's Complaint.

26. No factual allegations are alleged against Defendant in paragraph 26 of the Complaint which consists solely of self-serving statements and legal conclusions. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant is without sufficient information to form a belief as to the allegations contained in paragraph 26 of the Complaint and leaves Plaintiff to their proofs.

27. Defendant Denies the allegations contained in paragraph 27 of the Complaint

28. Defendant Denies the allegations contained in paragraph 28 of the Complaint.

29. Defendant Denies that Tamara Williams or her counsel ever contacted Defendant to have any photographs removed. Defendant Admits that Plaintiff's counsel contacted Defendant seeking money concerning allegations of copyright infringement. Defendant Denies the remaining allegations in this paragraph.

30. Defendant Denies the allegations contained in paragraph 30 of the Complaint.

31. No factual allegations are alleged against Defendant in paragraph 31 of the Complaint. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph.

To the extent this paragraph contains factual allegations against Defendant, Defendant Denies such allegations.

32. No factual allegations are alleged against Defendant in paragraph 32 of the Complaint which consists solely of self-serving statements. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant Denies such allegations.

33. Defendant Denies the allegations contained in paragraph 33 of the Complaint.

34. Defendant Denies the allegations contained in paragraph 34 of the Complaint.

35. Defendant Denies the allegations contained in paragraph 35 of the Complaint.

36. No factual allegations are alleged against Defendant in paragraph 36 of the Complaint which consists solely of legal conclusions. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant Denies such allegations.

37. No factual allegations are alleged against Defendant in paragraph 37 of the Complaint which consists solely of legal conclusions. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant Denies such allegations.

38. No factual allegations are alleged against Defendant in paragraph 38 of the Complaint which consists solely of legal conclusions. As such, Defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against Defendant, Defendant Denies such allegations.

WHEREFORE, Plaintiff’s Complaint should be Dismissed with Prejudice.

SEPARATE DEFENSES

1. Failure to State a Claim Upon Which Relief Can Be Granted. Plaintiff's Complaint fails to state a claim upon which relief can be granted in that the applicable statute of limitations has expired on Plaintiff's works. In addition, Plaintiff's Complaint fails to adequately state facts, rather than conclusions, establishing the Defendant infringement of any of Plaintiff's copyrighted works. As such, Plaintiff's Complaint fails to meet the pleadings standards established by *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544 (2007), and *Ashcroft v. Iqbal,* 129 S. Ct. 1937 (2009).

2. Any damage suffered by Plaintiff was due to conduct of third parties, such as the third-Party Defendants, or any co-Defendants over whom This Defendant had no control, which conduct intervened and superseded any conduct or negligence of this Defendant. Those other parties would be the actual person(s) other than this Defendant who accessed, hacked, locked, or otherwise prevented Defendant from using the Instagram account referred to in the Complaint during the time period of the alleged infringement.

3. Laches. Plaintiff's claim is barred by the doctrine of laches as Plaintiff made no attempt to enjoin the practices of which it complains.

4. Failure to Join An Indispensable Party. Plaintiff has failed to join parties, such as the Third-Party Defendants, without whom the action cannot proceed and Defendant reserves the right to move to dismiss due to Plaintiff's failure to join indispensable parties. Those other parties would be the actual person(s) other than this Defendant who accessed, controlled, froze, hacked or otherwise prevented Defendant's access to the Instragram account in question during the time when any alleged infringing activity took place.

5. The copyrights to Plaintiff's works were not properly registered.

6. Any copying or use of any of Plaintiff's works by Defendant was de minimis.

7. Any copying or use of any of Plaintiff's works by Defendant was fair use.

LESLIE A. FARBER, LLC
Attorneys for Defendant/Third-Party Plaintiff

By: /s/ Leslie A. Farber
Leslie A. Farber

Dated November 5, 2025

DEMAND FOR JURY TRIAL

Defendant/counterclaimant demands a trial by jury as to all issues so triable.

LESLIE A. FARBER, LLC
Attorneys for Defendant/Third-Party Plaintiff

By: /s/ Leslie A. Farber
Leslie A. Farber
105 Grove Street, Suite 204
Montclair, New Jersey 07042
Ph. (973) 707-3322
eMail: LFarber@LFarberLaw.com

Dated November 5, 2025

CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ Leslie A. Farber
Leslie A. Farber

Dated November 5, 2025

CERTIFICATION OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that service upon all parties who have appeared in the matter and upon all counsel of record has been perfected.

Dated November 5, 2025

/s/ Leslie A. Farber
Leslie A. Farber

JURY DEMAND

Defendant/Third-Party Plaintiff hereby demands a trial by jury on all issues so triable herein.

LESLIE A. FARBER, LLC
Attorneys for Defendant/Third-Party Plaintiff

Dated November 5, 2025

By: /s/ Leslie A. Farber
Leslie A. Farber